

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-20233-CR-LENARD
Magistrate Judge Simonton

UNITED STATES OF AMERICA

v.

RAFAEL VELASQUEZ

_____/

## GOVERNMENT'S RESPONSE TO STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order entered in this case. This response is numbered to correspond to that order.

A.1  A written statement of the defendant is attached.

A.2 The defendant stated that his arrest was "a good life experience."

A.3 No defendant testified before the grand jury.

A.4 The government is unaware of any arrests or convictions of the defendant.

A.5  Copies of books, papers, etc. that the government intends to use as evidence during its case in chief, or which were obtained from the defendants, can be inspected by arranging an appointment with the undersigned prosecutor, who may be reached at (305) 961-9234.  While copies of some materials are attached hereto, they do not represent all materials available for inspection, and counsel should therefore contact the undersigned to schedule a complete inspection.



A.6  No contraband was seized in connection with this case.

B.   The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order.   This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.   The government is unaware of any information or material which may be favorable on the issues of guilt or punishment within the scope of <u>Brady</u> or <u>Agurs</u> other than any information already disclosed herein.

D. & E.   The United States is unaware of any witness within the scope of these paragraphs.

F.   No  line-ups,  show-ups,  or  similar  identification procedures were used during this case.

G.   The  government  has  advised  its  agents  and  officers involved in this case to preserve all rough notes.

H.   The government will advise the defendants prior to trial of its intent, if any, to introduce evidence pursuant to F.R.E. 404(b).  Counsel are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any prior or future discovery response, may be introduced in the trial of this cause pursuant to F.R.E. 404(b) or otherwise.

I.  The defendant is not aggrieved persons as defined in Title 18,  United  States  Code,  Section  2510(11),  of  electronic surveillance.

J.   The  government  has  ordered  transcribed  the  grand  jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.   No contraband was seized in connection with this case.

L.   The United States is not in possession of any vehicles involved in this case.

M.   The government is not currently aware of any latent fingerprints or palm prints which have been identified by a government expert as those of a defendant.

2

N.   Upon request of any defendant, the United States will make disclosure regarding expert testimony, if applicable.

O.   Counsel may contact the undersigned to confer regarding stipulations.

P.   Upon scheduling and conclusion of the discovery conference referenced in paragraph A.5 above, the undersigned is available to collaborate regarding a statement describing discovery material exchanged.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to ensure a fair trial.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
KAREN E. ROCHLIN
ASSISTANT U.S. ATTORNEY
99 N.E. 4th Street
Miami, Florida   33132
(305) 961-9234
(305) 536-4675 (fax)
Court I.D. No. A5500050

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by mail this ____ day of April, 2003 on Richard J. Lautenbach, Esq., 150 West Flagler Street, Suite 1500, Miami, Florida 33130-1556.

KAREN E. ROCHLIN

4

# ADVICE OF RIGHTS

Place  Miami, FL
Date  4/10/03
Time  7 40 AM

## YOUR RIGHTS

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

## WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are.  At this time, I am willing to answer questions without a lawyer present.

Signed _____

Witness: _Peter J Fidirych_____

Witness: _Lydia M Adkins_____

Time: _7 45 AM_____


I chose not to answer any questions at this time.

DATE  04/10/2003
TIME  7 45 a m

01752433   VELASQUEZ, RAFAEL ANTONIO
Image Loc: No Locator

| 1 | Are you a U.S. Citizen?   YES | | | | OFFICIAL USE ONLY | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2 | Type:   ADDRESS CHANGE | | | | | 1752433 | | | | |
| 3 | Last Name<br>VELASQUEZ | | Suffix | First<br>RAFAEL | | | Middle<br>ANTONIO | | 4 | Sex<br>M |
| 5 | Legal Residence Address<br>2200 ALTON ROAD | | | | MIAMI BEACH | | FL 33140 | | | |
| 6 | Mailing Address<br>2200 ALTON RD | | | | MIAMI BCH | | FL 33140-0000 | 7 | | County<br>DADE |
| 8 | Date of Birth<br>03-16-73 | 9 | Race<br>4 | 10 | Social Security Number<br>-   - | | | 11 | | Daytime Phone<br>-   - |

| 12 | Party Affiliation<br>DEMOCRATIC PARTY | 16 | Oath: I do solemnly swear (or affirm) that: |
| --- | --- | --- | --- |
| 13 | Former Name If Making a Name Change | | • I will protect and defend the Constitution of the United States and the Constitution of the State of Florida.<br>• I am qualified to register as an elector under the Constitution and laws of the State of Florida.<br>• I am a U.S. citizen.<br>• I am a legal resident of Florida.<br>• All information on this form is true. I understand that if it is not true, I can be convicted of a felony of the third degree and fined up to $5,000 and/or imprisoned for up to five years. |
| 14 | Name & Address Where Last Registered<br><br>RAFAEL ANTONIO VELASQUEZ<br>9350 FONTAINEBLEAU BLVD #309<br>MIAMI<br>DADE FL 33172-0000 | | |
| 15 | Voting Assistance?   NO | | Signature or Mark      02/12/96 01:09 PM 0219 |

NOTE: The fact that you registered to vote at this office will remain confidential and used for voter registration purposes only. Disclosure of your social security number is voluntary and is being requested pursuant to § 97.052(2)(k), F.S., and is open to public inspection.

01752433  VELASQUEZ, RAFAEL ANTONIO
Image Loc: No Locator

**Please print using a black ballpoint pen.**

Official Use Only

| | | |
|---|---|---|
| Are you a U.S. citizen? ☒ Yes ☐ No | I am not a convicted felon, or if I am, my rights relating to voting have been restored. | I do not have an adjudicated mentally incapacitated with respect to voting or, if I have, my competency has been restored. |

10-30-98

2  Check boxes that apply: ☐ New Registration  ☒ Address Change  ☐ Party Change  ☐ Name Change  ☐ Replacement

01752433

| Last Name | Suffix (circle) | First Name | Middle Name/Initial | Sex (circle) |
|---|---|---|---|---|
| VELASQUEZ | Jr. Sr. II III IV | RAFAEL | ANTONIO | 4 ☒ M F |

| Address Where You Live (legal residence). DO NOT GIVE P.O. BOX. | Apt/Lot/Unit | City/Town/Village | Zip Code |
|---|---|---|---|
| 1500 BAY RD | 865 | MIAMI B FL | 33139 |

6  
| Address Where You Get Your Mail (if different from # 5) | Zip Code | County Where You Live (legal residence) |
|---|---|---|
| 4455 SW 34 ST #H45 GAINESVILLE FL 32608 | | |

| Date of Birth (month/day/year) | 9 Race/Ethnicity (see instructions) | 10 Social Security Number | 11 Daytime Phone Number |
|---|---|---|---|
| 03/16/73 | 4 | 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 | 305-673-2928 |

12  Party Affiliation -- check one box only (see instructions)
☒ Democratic Party    ☐ Other Party (write name below)
☐ Republican Party    ☐ No Party Affiliation

**Oath:** I do solemnly swear (or affirm) that:
- I will protect and defend the Constitution of the United States and the Constitution of the State of Florida.
- I am qualified to register as an elector under the Constitution and laws of the State of Florida.
- I am a U.S. citizen.
- I am a legal resident of Florida.
- All information on this form is true. I understand that if it is not true, I can be convicted of a felony of the third degree and fined up to $5,000 and/or imprisoned for up to five years.

13  Former Name If Making A Name Change

**SIGNATURE** - Sign or mark on line in box below. (Invalid without signature)

14  Your Name and Residence Address Where You Were Previously Registered (if applicable)
Name
Address
City    County    State    Zip Code

OCT 3 0 1998

15  Do You Need Assistance to Vote?  ☐ Yes  ☒ No

**Fold on dotted center line, peel off tape, seal and mail.**

02239587  VELASQUEZ, RAFAEL ANTONIO
Image Loc: No Locator

Revised 3/98

**Please print using a black ballpoint pen.**  8/10/01  Official Use Only

Are you a U. S. citizen? ☒Yes ☐No
If NO, you cannot register to vote.

☒ I am not a convicted felon, or if I am, my rights relating to voting have been restored.

☒ I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my competency has been restored.

02239587
01950433

**2** Check boxes that apply: ☒New Registration ☐Address Change ☐Party Change ☐Name Change ☐Replacement

| Last Name | Suffix (circle) Jr. Sr. II III IV | First Name | Middle Name/Initial | Sex (circle) |
|---|---|---|---|---|
| Velasquez | | Rafael | Antonio | ④ M F |

**5** Address Where You Live (legal residence). DO NOT GIVE P.O. BOX.  Apt./Lot/Unit  City/Town/Village  Zip Code
5601 Collins Ave.  722  Miami Beach  33140

**6** Address Where You Get Your Mail (if different from # 5)  Zip Code  **7** County Where You Live (legal residence)
Dade

**8** Date of Birth (month/day/year)  **9** Race/Ethnicity - (see instructions)  **10** Social Security Number  **11** Daytime Phone Number
3/16/72  hispanic (4)  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  (305) 864-8299

**12** Party Affiliation – check one box only (see instructions)
☒ Democratic Party  ☐ Other Party (write name below)
☐ Republican Party  ☐ No Party Affiliation

Oath: I do solemnly swear (or affirm) that
• I will protect and defend the Constitution of the United States and the Constitution of the State of Florida.
• I am qualified to register as an elector under the Constitution and laws of the State of Florida.
• I am a U. S. citizen.
• I am a legal resident of Florida.
• All information on this form is true. I understand that if it is not true, I can be convicted of a felony of the third degree and fined up to $5,000 and/or imprisoned for up to five years.

**13** Former Name If Making A Name Change

SIGNATURE - Sign or mark on line in box below. (Invalid without signature)

**14** Your Name and Residence Address Where You Were Previously Registered (if applicable)
Name
Address
City  County  State  Zip Code

AUG 1 2001

**15** Do You Need Assistance to Vote?  ☐Yes ☐No

**Fold on dotted center line, peel off tape, seal and mail.**

August 5, 2002

Re: Rafael Antonio Velasquez
Reg# 01752433

To Whom It May Concern:

Please be advised that the above referenced individual registered with the Miami-Dade Elections Department in 1995 and indicated that he was not a citizen. He was registered with the above referenced registration number at the time.

Should you have further questions, please do not hesitate to call my office.

Sincerely,

Milton L. Collins
Assistant Supervisor of Elections

MLC:mc

12-12-2002                    MIAMI DADE COUNTY Supervisor of  ections                    PAGE   1
09:37:59                              VOTING HISTORY REPORT

## RAFAEL ANTONIO VELASQUEZ

                 Registered Address : 1500 BAY RD
                                      #1152
                                      MIAMI BEACH   FL   33139
Voter-ID: 01752433  Registered: 06-06-1995  Status: Canceled - Voter's Request


1103 ABS        11/03/1998 GENERAL
0596 ABS        11/05/1996 1996 GENERAL


     State of FLORIDA
     County of MIAMI-DADE

        I, DAVID C. LEAHY, Supervisor of Elections, hereby certify
     the foregoing to be a true and correct copy of the voting record
     of RAFAEL ANTONIO VELASQUEZ as it appears on record in my office.
        Witness my hand and seal on December 12, 2002.


                                  DAVID C. LEAHY
                                  Supervisor of Elections


                           By: _____
                                        Deputy

```
12-12-2002          MIAMT DADE COUNTY Supervisor of    ections        PAGE   1
09:50:43                    VOTING HISTORY REPORT
```

## RAFAEL ANTONIO VELASQUEZ

```
            Registered Address : 1508 BAY RD
                                 #1449
                                 MIAMI BEACH   FL   33139
Voter-ID: 02239587  Registered: 08-01-2001  Status: Active   Total Items:  4


1105 ABS        11/05/2002 GENERAL
0910 POLL       09/10/2002 PRIMARY ELECTION
1113 POLL       11/13/2001 MIAMI MIAMI BEACH RUNOFF
1106 POLL       11/06/2001 MIAMI MIAMI BEACH
```

     State of FLORIDA
     County of MIAMI-DADE

         I, DAVID C. LEAHY, Supervisor of Elections, hereby certify
     the foregoing to be a true and correct copy of the voting record
     of RAFAEL ANTONIO VELASQUEZ as it appears on record in my office.
         Witness my hand and seal on December 12, 2002.

                                 DAVID C. LEAHY
                                 Supervisor of Elections


                            By: _____
                                         Deputy

**U.S. Department of Justice**
Immigration and Naturalization Ser·

OMB #1115-0009
**Application for Naturalization**

## START HERE - Please Type or Print

### Part 1.   Information about you.

| Family Name | Given Name | Middle Initial |
|---|---|---|
| Velasquez | Rafael | Antonio |

**U.S. Mailing Address - Care of**

| Street Number and Name | Apt. # |
|---|---|
| 1500 Bay Road | 1152 |

| City | County |
|---|---|
| Miami Beach | Dade |

| State | ZIP Code |
|---|---|
| Florida | 33139 |

| Date of Birth (month/day/year) | Country of Birth |
|---|---|
| 3/16/73 | Germany |

| Social Security # | A # |
|---|---|
| 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 | 074-172-032 |

### Part 2.   Basis for Eligibility (check one).

a. ☒ I have been a permanent resident for at least five (5) years .

b. ☐ I have been a permanent resident for at least three (3) years and have been married to a United States Citizen for those three years.

c. ☐ I am a permanent resident child of United States citizen parent(s) .

d. ☐ I am applying on the basis of qualifying military service in the Armed Forces of the U.S. and have attached completed Forms N-426 and G-325B

e. ☐ Other. (Please specify section of law )

### Part 3.   Additional information about you.

| Date you became a permanent resident (month/day/year) | Port admitted with an immigrant visa or INS Office where granted adjustment of status. |
|---|---|
| 1/3/96 | Miami, FL |

Citizenship  German

Name on alien registration card (if different than in Part 1)

Other names used since you became a permanent resident (including maiden name)

| Sex | Height | Marital Status: |
|---|---|---|
| ☒ Male ☐ Female | 5'10 | ☐ Single ☐ Married ☒ Divorced ☐ Widowed |

Can you speak, read and write English ?   ☐ No ☒ Yes.

**Absences from the U.S.:**

Have you been absent from the U.S. since becoming a permanent resident?   ☐ No ☒ Yes.

If you answered "Yes" , complete the following.  Begin with your most recent absence.  If you need more room to explain the reason for an absence or to list more trips, continue on separate paper.

| Date left U.S. | Date returned | Did absence last 6 months or more? | Destination | Reason for trip |
|---|---|---|---|---|
| 8/26/00 | 8/27/00 | ☐ Yes ☒ No | Tijuana, Mexico | pleasure |
| 12/1/99 | 12/16/99 | ☐ Yes ☒ No | Rio, Brazil | pleasure |
| 3/10/99 | 3/27/99 | ☐ Yes ☒ No | Rio, Brazil | pleasure |
| 12/14/98 | 1/4/99 | ☐ Yes ☒ No | Rio, Brazil | pleasure |
| 7/23/97 | 8/16/97 | ☐ Yes ☒ No | Caracas, Venezuela | pleasure |
| 12/16/96 | 1/7/97 | ☐ Yes ☒ No | Lima, Peru | pleasure |
| 5/96 | 6/25/96 | ☒ No | Berlin, Germany | pleasure |

Continued on back

Form N-400 (Rev. 07/17/91)N

### FOR INS USE ONLY

| Returned | Receipt |
|---|---|

Resubmitted

11/28/2000  SSC #000301092  SSC$000292409

Reloc Sent

Reloc Rec'd

☐ Applicant Interviewed

**At interview**
☐ request naturalization ceremony at court

**Remarks**
SRC S/AMS 4/15/2001
PD S/RMS 4/19/2001

**Action**

**To Be Completed by Attorney or Representative, if any**
☐ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

## Part 4. Information about your residences and employment.

A. List your addresses during the last five (5) years or since you became a permanent resident, whichever is less. Begin with your current address. If you need more space, continue on separate paper.

| Street Number and Name, City, State, Country, and Zip Code | Dates (month/day/year) From | To |
|---|---|---|
| 1500 Bay Road #1152; Miami Beach, FL 33139 | 4/00 | present |
| 3100 Riverside Dr. #203; Los Angeles, CA 90027 | 4/00 | 11/00 |
| 204 California Ave. #B; Santa Monica, CA 90403 | 7/99 | 3/00 |
| 4455 S.W. 34th St. #H-45; Gainesville, FL 32608 | 8/96 | 6/99 |

B. List your employers during the last five (5) years. List your present or most recent employer first. If none, write "None". If you need more space, continue on separate paper.

| Employer's Name | Employer's Address Street Name and Number - City, State and ZIP Code | Dates Employed (month/day/year) From | To | Occupation/position |
|---|---|---|---|---|
| Sayre & Chavez (Law firm) | 3701 Wilshire Blvd; Suite 1035 Los Angeles, CA 90010 | 8/1/00 | 11/15/00 | Attorney |
| Selman-Breitman, LLP (Law firm) | 11766 Wilshire Blvd; 6th Floor Los Angeles, CA 90025 | 8/1/99 | 12/31/99 | Attorney |
| University of Florida (College of Law) | P.O. Box 117621; Gainesville, FL 32611 | 8/96 | 6/99 | Law student |
| | | 11/2000 | present | working |

## Part 5. Information about your marital history.

A. Total number of times you have been married ____ 1 ____ If you are now married, complete the following regarding your husband or wife.

see attachment

| Family name | Given name | Middle, initial |
|---|---|---|
| N/A | | |

| Address | | |
|---|---|---|
| | | |

| Date of birth (month/day/year) | Country of birth | Citizenship |
|---|---|---|
| | | |

| Social Security# | A# (if applicable) | Immigration status (if not a U.S. citizen) |
|---|---|---|
| | | |

| Naturalization (if applicable) (month/day/year) | Place   (City, State) |
|---|---|
| | |

If you have ever previously been married or if your current spouse has been previously married, please provide the following on separate paper: Name of prior spouse, date of marriage, date marriage ended, how marriage ended and immigration status of prior spouse.

## Part 6. Information about your children.

B. Total Number of Children ____ 0 ____. Complete the following information for each of your children. If the child lives with you, state "with me" in the address column; otherwise give city/state/country of child's current residence. If deceased, write "deceased" in the address column. If you need more space, continue on separate paper.

| Full name of child | Date of birth | Country of birth | Citizenship | A - Number | Address |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

 

*Continued on back*

## Part  7.  Additional eligibility factors.

Please answer each of the following questions.  If your answer is **"Yes"**, explain on a separate paper.

1. Are you now, or have you ever been a member of, or in any way connected or associated with the Communist Party, or ever knowingly aided or supported the Communist Party directly, or indirectly  through another  organization, group or person, or ever advocated, taught, believed in, or knowingly supported or furthered the interests of communism?   ☐ Yes ☑ No

2. During the period March 23, 1933 to May 8, 1945, did you serve in, or were you in any way affiliated with, either directly  or indirectly, any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, citizen unit of the Nazi party or SS, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, detention camp or transit camp, under the control or affiliated with:

   a. The Nazi Government of Germany?   ☐ Yes ☑ No

   b. Any government in any area occupied by, allied with, or established with the assistance or cooperation of, the Nazi Government of Germany?   ☐ Yes ☑ No

3. Have you at any time, anywhere,  ever ordered, incited, assisted, or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion?   ☐ Yes ☑ No

4. Have you ever left the United States to avoid being drafted into the U.S.  Armed Forces?   ☐ Yes ☑ No

5. Have you ever failed to comply with Selective Service laws?   ☐ Yes ☑ No
   If you have registered under the Selective Service laws, complete the following information:
   Selective Service Number: 73171640004   Date Registered: 6/11/91
   If you registered before 1978, also provide the following:
   Local Board Number: _____   Classification: _____

6. Did you ever apply for exemption from military service because of alienage, conscientious objections or other reasons?   ☐ Yes ☑ No

7. Have you ever deserted from the military, air or naval forces of the United States?   ☐ Yes ☑ No

8. Since becoming a permanent resident , have you ever failed to file  a  federal income tax return ?   ☐ Yes ☑ No

9. Since becoming a permanent resident , have you filed a federal income tax return as a  nonresident or failed to file a federal return because you considered yourself to be a nonresident?   ☐ Yes ☑ No

10. Are deportation proceedings pending against you, or have you ever been deported, or ordered deported, or have you ever applied for suspension of deportation?   ☐ Yes ☑ No

11. Have you ever claimed in writing, or in any way, to be a United States citizen?   ☐ Yes ☑ No

12. Have you ever:
    a. been a habitual drunkard?   ☐ Yes ☑ No
    b. advocated or practiced polygamy?   ☐ Yes ☑ No
    c. been a prostitute or procured anyone for prostitution?   ☐ Yes ☑ No
    d. knowingly and for gain helped any alien to enter the U.S. illegally?   ☐ Yes ☑ No
    e. been an illicit trafficker in narcotic drugs or marijuana?   ☐ Yes ☑ No
    f. received  income from illegal gambling?   ☐ Yes ☑ No
    g. given false testimony for the purpose of obtaining any immigration benefit?   ☐ Yes ☑ No

13. Have you ever been declared legally incompetent or have you ever been confined as a patient in a mental institution?   ☐ Yes ☑ No

14. Were you born with, or have you acquired in same way, any title or order of nobility in any foreign State?   ☐ Yes ☑ No

15. Have you ever:
    a. knowingly committed any crime for which you have not been arrested?   ☐ Yes ☑ No
    b. been arrested, cited, charged, indicted, convicted, fined or imprisoned for breaking or violating any law or ordinance excluding traffic regulations?   ☐ Yes ☑ No

( If you answer yes to 15 , in your explanation give the following information for each incident or occurrence the city, state, and country, where the offense took place, the date and nature of the offense, and the outcome or disposition of the case).

## Part  8.   Allegiance to the U.S.

If your answer to any of the following questions is **"NO"**, attach a full explanation:

1. Do you believe in the Constitution and form of government of the U.S.?   ☑ Yes ☐ No
2. Are you willing to take the full Oath of Allegiance to the U.S.? (see instructions)   ☑ Yes ☐ No
3. If the law requires it, are you willing to bear arms on behalf of the U.S.?   ☑ Yes ☐ No
4. If the law requires it, are you willing to perform noncombatant services in the Armed Forces of the U.S.?   ☑ Yes ☐ No
5. If the law requires it, are you willing to perform work of national importance under civilian direction?   ☑ Yes ☐ No

## Part 9. Memberships and o.ganizations.

A. List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place. Include any military service in this part. If none, write "none". Include the name of organization, location, dates of membership and the nature of the organization. If additional space is needed, use separate paper.

American Trial Lawyer Association (2000); Consumer Attorneys of California (20
Mexican-American-Bar Association (2000); Golden key Honor's Society (1994);
Phi-Delta Honor's Society (1996) (Political Science); American-Bar-Association (1996);
Spanish-American-law Student-Association (1996)

## Part 10. Complete only if you checked block " C " in Part 2.

How many of your parents are U.S. citizens?  ☐ One  ☐ Both  (Give the following about one U.S. citizen parent:)

| Family Name | Given Name | Middle Name |
|---|---|---|
| N/A | | |

Address

Basis for citizenship:
☐ Birth
☐ Naturalization Cert. No.

Relationship to you (check one): ☐ natural parent ☐ adoptive parent
☐ parent of child legitimated after birth

If adopted or legitimated after birth, give date of adoption or, legitimation: (month/day/year) _____

Does this parent have legal custody of you?  ☐ Yes  ☐ No

*(Attach a copy of relating evidence to establish that you are the child of this U.S. citizen and evidence of this parent's citizenship.)*

## Part 11. Signature. *(Read the information on penalties in the instructions before completing this section).*

I certify or, if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

Signature _____  Date 11/13/00

**Please Note:** If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for naturalization and this application may be denied.

## Part 12. Signature of person preparing form if other than above. *(Sign below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

Signature _____  Print Your Name _____  Date _____

Firm Name and Address

### DO NOT COMPLETE THE FOLLOWING UNTIL INSTRUCTED TO DO SO AT THE INTERVIEW

I swear that I know the contents of this application, and supplemental pages 1 through ___, that the corrections, numbered 1 through ___, were made at my request, and that this amended application, is true to the best of my knowledge and belief.

Rafael Antonio Velásquez
*(Complete and true signature of applicant)*

Subscribed and sworn to before me by the applicant.

_____  4/15/[illegible]
*(Examiner's Signature )*  Date

```
CIMDHI  PAGE: 0001   IMMIGRATION AND NATURALIZATION S  VICE          12/12/02
COMMAND:            CENTRAL  NDEX SYSTEM - STATUS/HIST(  ' DATA        11:41:20

A#: 074172032 NAME: VELASQUEZ                 ,RAFAEL              DOB: 03161973

                                      REASON/        ID NUMBER/
        ACTION        LOC   ACTION-DATE   ST  COURT#  MISC   MISC-DATE    KEYED-DATE
   STATUS CHANGE      MIA   08/16/1993        F1                          06/08/1995
   STATUS CHANGE      MIA   11/14/1995        PEN                         11/14/1995
   STATUS CHANGE      MIA   01/03/1996        CR6                         02/14/1996
   STATUS CHANGE      WSC   01/03/1996    M   CR6                         09/15/1997
   STATUS CHANGE      WSC   11/21/1997    M   IR6                         11/21/1997
   NATZ. CITIZEN      MIA   05/15/2001        0000                        05/29/2001




***   END OF HISTORY DISPLAY  ***
CLEAR EXIT   PF1 PAGE AHEAD   PF2 PAGE BACK   PF4 RETURN PF5 HELP PF6 MAIN MENU
```

Case 1:03-cr-20233-JAL   Document 15   Entered on FLSD Docket 04/25/2003   Page 17 of 17

# THE UNITED STATES OF AMERICA

No. 26 273 863

## CERTIFICATE OF NATURALIZATION

*Personal description of holder as of date of naturalization:*

*Date of birth:* **MARCH 16, 1973**

*Sex:* **MALE**

*Height:* 5 feet 10 inches

*Marital status:* **DIVORCED**

*Country of former nationality:* **GERMANY**



*INS Registration No.* 'A074172032

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

......................................................................
*(Complete and true signature of holder)*

*Be it known that, pursuant to an application filed with the Attorney General*

*at:* **MIAMI, FLORIDA**

*The Attorney General having found that:*

**RAFAEL ANTONIO VELASQUEZ**

*then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the*

**U.S. IMMIGRATION AND NATURALIZATION SERVICE**

*at:* **MIAMI BEACH, FLORIDA**     *on:* **MAY 15 2001**

*that such person is admitted as a citizen of the United States of America.*

IT IS PUNISHABLE BY U. S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

......................................................................
*Commissioner of Immigration and Naturalization*

## DEPARTMENT OF JUSTICE

FORM N-550 REV. 6-91